Elizabeth M. Dolan, Respondent, *v.* Harry T. Dolan, Appellant.

Submitted January 13, 1947; decided February 27, 1947.

*Harry T. Dolan,* appellant in person.

*Edwin L. La Crosse* and *John A. Bolles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER and FULD, JJ. Dissenting: DYE, J. Taking no part: CONWAY, J.